UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:24 CR 352-002 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| BRIAN VOTINO, | ) | REFERRAL TO U.S. PROBATION |
| | ) | <u>OFFICE</u> |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Brian Votino, which was referred to the Magistrate Judge with the consent of the parties.

On September 19, 2024 the government filed a 3 count, Indictment, charging Defendant Votino with, Conspiracy, Honest Services Wire Fraud and Hobbs Act Extortion Under Color of Official Right, in violation of Title 18 U.S.C. §§ 371, 1343, 1346 and 2, and 1951 and 2. On September 24, 2024, Magistrate Judge Amanda M. Knapp held an arraignment, at which time Mr. Votino entered a plea of not guilty to the charges. On July 16, 2025 Magistrate Judge Greenberg received Defendant's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Brian

Votino is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Brian Votino is adjudged guilty to count 1 of the Indictment in violation of Title 18 U.S.C. §§ 371. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on October 23, 2025 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 5, 2025